```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :    UNSEALING ORDER
                                     :
     -v.-                            :    S1 20 Cr. 601 (PKC)
                                     :
FERNANDO RA,                         :
    a/k/a "Fernando Diaz,"           :
    a/k/a "Fernando Diaz Briones,"   :
KENNY BATISTA,                       :
FERNANDO ROSARIO CRUZ,               :
    a/k/a "Joel Reynoso,"            :
    a/k/a "Humitoo,"                 :
YONATHAN JUNIOR GARCIA VALDEZ,       :
    a/k/a "9,"                       :
ANTTWAN CROSBIE,                     :
    a/k/a "Mooseygz,"                :
ELMER GILL,                          :
    a/k/a "Elmernegro," and          :
MICHAEL ASHLEY,                      :
    a/k/a "Maya,"                    :
                                     :
               Defendants.           :
                                     :
------------------------------------ X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Rushmi Bhaskaran and Benjamin Woodside Schrier;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       April 6, 2021

_____
HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE