UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                     20-cr-601 (PKC)

        -against-

                                                                                     <u>ORDER</u>

FERNANDO RA, et al.,

                   Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

       1.      By April 14, 2021, the government shall file a letter setting forth a description of the discovery materials in this case (e.g. surveillance videos, wiretaps, search warrant returns, post-arrest statements, etc.), the volume of the materials, when the government anticipates completing or substantially completing its discovery obligations and other pertinent information governing its discovery obligations. The letter may address any other pertinent matter that the government wishes to raise.

       2.      By April 21, 2021, defense counsel for all defendants shall confer and file a letter with this Court advising  when, assuming the government meets its discovery obligation in the time frame indicated in its letter in response to paragraph 1,  they anticipate being in a position to have reviewed the discovery materials, discussed the materials with their clients and be in a potions to advise the Court of the nature of any motions they wish to make and whether they consent to the exclusion  of time under the Speedy Trial Act until that date.  The letter may address any other pertinent matter that defense counsel wish to raise.

       3.      April 20, 2021 will be the telephonic arraignment of defendant Fernando Ra on the superseding indictment.

4. The Court will set a conference date for all defendants after receiving the information in response to paragraphs 1 and 2.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
April 8, 2021

-2-

Every visitor who comes to one of the courthouses of the Southern District of New York for any reason must wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Bandannas, gaiters and masks with valves are not permitted. If a person does not have an approved mask(s), a screener will provide one.

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.