UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                         20 CR 601 (PKC)

        -against-                                                ORDER

FERNANDO RA, et al.,

                Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The Court has reviewed the correspondence of the parties in response to the Order of April 8, 2021. With the expectation of the government substantially completing its discovery by May 4, 2021. I will set July 27, 2021 at 2:00 p.m. as the date for defense counsel to return to Court and advise the Court whether there are any motions their clients wish to make.

        I find that the ends of justice will be served by granting a continuance until July 27, 2021 and that the need for a continuance outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to allow the government to produce discovery and for the defense counsel to review discovery and be in a position to return to advise whether there are any motions. Accordingly, the time between today and July 27, 2021 is excluded under the Speedy Trial Act.

        SO ORDERED.

                                                          P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
       April 22, 2021