UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  20-cr-601 (PKC)

      -against-

                                                  ORDER

YONATHAN JUNIOR GARCIA VALDEZ, et al.,

              Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The October 12, 2021 conference in this six-defendant case was set on July 15, 2021. The process of securing production of detained defendants from multiple facilities is a complex, difficult and time-consuming task. Has counsel sought the consent of other defense counsel and the government for an adjournment of this conference to an agreed upon date in the future? Has counsel endeavored to secure coverage for the October 12 conference from other CJA counsel and obtained the consent of his client? When did counsel learn that the 4-week trial was scheduled for October 12? Perhaps a small point but counsel's letter does not even favor the Court with an indication of whether counsel consents to exclusion of time under the Speedy Trial Act. Application DENIED without prejudice.

       SO ORDERED.

                                                  P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
        October 8, 2021