UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                                      20 CR 601 (PKC)

                 -against-                                        ORDER

FERNANDO RA, et al.,

                       Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel for Michael Ashley, consented to by the government and co-defendants, the conference previously scheduled for October 12, 2021 is adjourned to November 16, 2021 at 3:00 p.m.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed (1) to accommodate the trial schedule of counsel for one of the co-defendants; and (2) to allow the parties to continue reviewing discovery and continue discussions towards potential disposition of the case.  Accordingly, the time between today and November 16, 2021 is excluded.  DE 78 and DE 79 are terminated.

        SO ORDERED.

                                                      P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       October 8, 2021