UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :

- against -                                     :          **O R D E R**

KENNY BATISTA                           :          **20 Cr. 601  (PKC)**
                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the application of Peter Enrique Quijano, attorney **KENNY BATISTA**, for an ORDER appointing Anna N. Sideris, Esquire as Associate Counsel.

**I T  I S  H E R E B Y  O R D E R E D,** that:

1. **ANNA N. SIDERIS, Esquire**, is appointed as Associated Counsel in <u>U.S. v. KENNY BATISTA</u>, 20 Cr. 601 (PKC).

2. **ANNA N. SIDERIS, Esquire** is authorized to bill at a rate of one fifty-eight dollars ($158.00) per hour. *for up to 75 hours.*

3. ~~ANNA N. SIDERIS, Esquire is authorized to file interim eVouchers.~~

DATED:    New York, New York
          Jan 19, 2022


                                        HONORABLE P. KEVIN CASTEL
                                        **UNITED STATES DISTRICT JUDGE**