

**LAW OFFICE OF TROY A. SMITH**

Attorney at Law, PC

| | |
|---|---|
| 222 Bloomingdale Road | Main Line: (914) 358-1433 |
| Suite 308 | Fax: (914) 358-5203 |
| White Plains, NY 10601 | Email: Troy@NYlawSmith.com |
| | www.ny-criminal-defense-lawyer.com |

February 19, 2022

The Honorable P. Kevin Castel
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

Re:  United States v. Fernando RA, 20-cr-601 (PKC)

Dear Judge Castel:

     I am writing to request permission to file out of time the defense sentencing submission today, February 19, 2022.  In accordance with the Court's individual rules of practice, the sentencing submission should have been filed on February 16, 2022.  The undersigned was engaged on a suppression hearing on a homicide case this week and I was not able to file the submission on February 16, 2022.  Thank you for your consideration of this request.

Application Granted.

So Ordered.

_P. Kevin Castel_
P. Kevin Castel
United States District Judge
2/22/2022

Respectfully,

/s/
Troy A. Smith, Esq.
Attorney for Defendant
Fernando RA